[No. 33774-0-III.   Division Three.   November 1, 2016.]

*In the Matter of the Parental Rights to* K.S.F.

Appeal from a judgment of the Superior Court for Benton County, No. 13-7-00425-4, Robert G. Swisher, J., entered August 28, 2015. *Affirmed* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Korsmo and Siddoway, JJ.

[Nos. 34027-9-III; 34028-7-III;   Division Three.   November 3, 2016.]
     34029-5-III; 34060-1-III;
     34061-9-III.

*In the Matter of the Dependency of* J.P.

*In the Matter of the Dependency of* C.P.

*In the Matter of the Dependency of* A.P.

Appeals from a judgment of the Superior Court for Spokane County, No. 16-7-01771-4, Steven B. Dixon, J., entered January 5, 2016. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Lawrence-Berrey, A.C.J., and Siddoway, J.

[No. 72941-1-I.   Division One.   November 7, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIO ALBERTO ONTIVEROS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-1-00416-4, George F.B. Appel, J., entered December 23, 2014. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Appelwick, JJ.